UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LAURA ANNE ALLEN**,　　　　　　　　　　　　Case No. 6:15-cv-00998-KI

　　　　　Plaintiff,　　　　　　　　　　　　　　JUDGMENT

　　v.

**CAROLYN COLVIN, Acting
Commissioner of Social Security**,

　　　　　Defendant.


　　　Merrill Schneider
　　　Schneider Kerr Law Offices
　　　P.O. Box 14490
　　　Portland, OR 97293

　　　　　Attorney for Plaintiff

　　　Billy J. Williams
　　　United States Attorney
　　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Kathryn A. Miller
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this  25th  day of May, 2016.


                                /s/ Garr M. King
                                Garr M. King
                                United States District Judge